# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| April Bobadilla,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada, ex rel. its Department of Probation and Parole; et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00723-GMN-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to modify the discovery plan and scheduling order. (ECF No. 25). Defendant Las Vegas Metropolitan Police Department filed a non-opposition. (ECF No. 26). No other party responded. *See* LR 7-2(d). The Court finds good cause and excusable neglect to grant Plaintiff's motion. *See* Fed. R. Civ. P. 6(b); *see* LR IA 6-1; *see* LR 26-3.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to modify the discovery plan (ECF No. 25) is **granted**. The following deadlines shall govern discovery:

| | |
|---|---|
| Amend pleadings/add parties: | April 1, 2024 |
| Initial expert disclosures: | May 1, 2024 |
| Rebuttal expert disclosures: | June 3, 2024 |
| Discovery cutoff: | July 1, 2024 |
| Dispositive motions: | July 30, 2024 |
| Joint pretrial order: | September 3,[1] 2024[2] |

DATED: March 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's motion seeks to make the joint pretrial order deadline September 2, 2024. However, that is a federal holiday and the Court thus moves the deadline to the next day.

[2] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.