# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| April Bobadilla, | Case No. 2:23-cv-00723-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, ex rel. its Department of Probation and Parole; et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to modify the discovery plan and scheduling order. (ECF No. 28). Defendant Las Vegas Metropolitan Police Department—the only active defendant in this case—has filed a non-opposition to the motion. (ECF No. 29). The Court finds good cause to grant the motion. *See* Fed. R. Civ. P. 6(b); *see* LR 26-3.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to modify the discovery plan and scheduling order (ECF No. 28) is **granted.**

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | September 30, 2024 |
| Dispositive motions: | October 28, 2024 |
| Joint pretrial order: | December 2, 2024 |

DATED: July 16, 2024

DANIEL J. ALBREGTS  
UNITED STATES MAGISTRATE JUDGE