**E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
**E. BRENT BRYSON, LTD.**
375 E. Warm Springs Rd., Ste. 104
Las Vegas, Nevada 89119
(702) 364-1234 Telephone
(702) 364-1442 Facsimile
Ebbesqltd@yahoo.com
*Attorney for Plaintiff,*
*April Bobadilla*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APRIL BOBADILLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. its DEPARTMENT OF PROBATION AND PAROLE; DOE DEPARTMENT OF PROBATION AND PAROLE SUPERVISORS I through X, inclusive; and ROE DEPARTMENT OF PROBATION AND PAROLE EMPLOYEES XI through XV, inclusive; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XV, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-00723-GMN-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE THE TIME TO FILE DISPOSITIVE MOTIONS**<br><br>FIRST REQUEST<br><br><br>Date of Dispositive Motion Deadline:<br><br>October 28, 2024 [ECF NO. 30] |

Pursuant to LR IA 6-1, LR 7-1 and LR 26-3, Plaintiff APRIL BOBADILLA ("Plaintiff"), by and through her counsel of record, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada, by and through its attorney, Nick D. Crosby, Esq. of the law firm of MARQUIS AURBACH, hereby stipulate and respectfully request this Court extend the time for filing dispositive motions by 45 days, or from October 28, 2024 [ECF No. 30] until

Thursday, November 12, 2024, for the following reasons:

Counsel for Plaintiff has had a breakdown in communication with his client and will be filing a motion to withdraw expeditiously.

For the above reasons, the Parties agree that good cause exists to continue the dispositive motion deadline by 45 days, or until Thursday, November 12, 2024.

The Parties make this first request to continue the dispositive motion deadline in good faith and not for any improper purposes or other purposes of undue delay.

WHEREFORE, the Parties respectfully request this Court grant the above stipulation and request to continue the current dispositive motion deadline of October 28, 2024, to Thursday, November 12, 2024.

DATED this 22nd day of October, 2024.   DATED this 22nd day of October, 2024.

By:  /s/ E. Brent Bryson, Esq.
**E. BRENT BRYSON, ESQ.**
Nevada Bar No. 004933
**E. BRENT BRYSON, LTD.**
375 E. Warm Springs Road,
Suite 104
Las Vegas, NV 89119
*Attorney for Plaintiff*

By:  /s/ Nick D. Crosby, Esq.
**NICK D. CROSBY, ESQ.**
Nevada Bar No. 008996
**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendant LVMPD*

**IT IS SO ORDERED.**

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE