**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
McKenna J. Sullivan, Esq.
Nevada Bar No. 16634
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
msullivan@maclaw.com
    Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| APRIL BOBADILLA, an individual, | |
| Plaintiff, | Case No.: 2:23-cv-00723-GMN-DJA |
| vs. | |
| STATE OF NEVADA, ex rel. its DEPARTMENT OF PROBATION AND PAROLE; DOE DEPARTMENT OF PROBATION AND PAROLE SUPERVISORS I through X, inclusive; ROE DEPARTMENT OF PROBATION AND PAROLE EMPLOYEES XI through XV, inclusive; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT SUPERVISORS I through X, inclusive; and ROE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS XI through XV, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff April Bobadilla ("Plaintiff") and Defendant Las Vegas Metropolitan Police Department ("Department"), by and through their respective counsel of record, hereby stipulate and agree to dismiss, with prejudice, all causes of action asserted by the Plaintiff in the Complaint [ECF No. 1] filed on May 8, 2023, against the Department and any DOE LVMPD Supervisors and ROE LVMPD Officers.

///

///

MAC: 14687-423 (#5666535.1)

IT IS FURTHER STIPULATED AND AGREED that Plaintiff and the Department will bear their own costs and attorneys' fees incurred in relation to the proceedings before this Court.

IT IS SO STIPULATED.

DATED this 1st day of November, 2024                DATED this 1st day of November, 2024

E. BRENT BRYSON, LTD.                               MARQUIS AURBACH

By:    */s/ E. Brent Bryson*               By:    */s/ McKenna J. Sullivan*
     E. Brent Bryson, Esq.                                    Nick D. Crosby, Esq.
     Nevada Bar No. 04933                                  Nevada Bar No. 8996
     375 E. Warm Springs Road, Suite 104       McKenna J. Sullivan, Esq.
     Las Vegas, NV 89119                                    Nevada Bar No. 16634
     Attorney for Plaintiff, April Bobadilla          10001 Park Run Drive
                                                       Las Vegas, Nevada 89145
                                                       Attorneys for Defendant, LVMPD

## **ORDER**

IT IS HEREBY ORDERED that the stipulation of dismissal of the Complaint is hereby GRANTED.

The Clerk of Court is directed to close this case.

IT IS SO ORDERED this   1   day of   November  , 2024.

_____
UNITED STATES DISTRICT JUDGE

MAC: 14687-423 (#5666535.1)